# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Marvelle James Bowers

                          Plaintiff,

v.                                    Case No.: 1:17−cv−02731

                                    Honorable John Z. Lee

Northern Illinois Gas Company

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 20, 2017:

       MINUTE entry before the Honorable John Z. Lee:Status hearing held on 6/20/17. The parties report that they have agreed to a settlement. This case is dismissed without prejudice; the dismissal shall become with prejudice in 30 days; if necessary the case may be reinstated prior to the 30 days. Civil case terminated. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.